IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FEB 2 7 2002

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ) <br> KURT V. WERNER, SR., ) <br> PLAINTIFFS, ) <br> ) <br> v. ) <br> ) <br> FUENTEZ SYSTEMS CONCEPTS, INC. ) <br> ) <br> UNISYS CORPORATION ) <br> ) <br> SYSTEMS RESOURCES CORPORATION ) <br> ) <br> BAE SYSTEMS, INC. ) <br> ) <br> INET CORPORATION ) <br> ) <br> PRC CORPORATION ) <br> ) <br> AFFILIATED COMPUTER SYSTEMS, INC. ) <br> ) <br> STG, INC. ) <br> ) <br> GTE CORPORATION ) <br> ) <br> SOZA CORPORATION ) <br> ) <br> ATS INCORPORATED ) <br> ) <br> SIGNAL CORPORATION ) <br> ) <br> ADVANCED MANAGEMENT TECHNOLOGIES, INC. ) <br> ) <br> BATTELLE MEMORIAL LABORATORIES, INC. ) <br> ) <br> PIONEER SERVICES ) <br> ) <br> JOHN DOE ENTITY #1 ) <br> ) <br> AND ) <br> ) <br> JOHN DOE ENTITY #2 ) <br> DEFENDANTS. | CIVIL ACTION NO.: FILED IN CAMERA AND UNDER SEAL |

**APPLICATION FOR ADMISSION PRO HAC VICE**

Pursuant to the Local Rule of General Practice and Procedure 83.2, I verify that I have fully complied with that rule as it relates to admission to practice pro hac vice.

70200830_1.DOC

| | |
|---|---|
| Robert C. Blume | Fuentez Systems Concepts, Inc. |
| Applicant's Name | Representing (Party Name) |
| | |
| Gibson, Dunn & Crutcher LLP | 1050 Connecticut Ave., N.W., Washington, D.C. 20036 |
| Name of Firm | Office Address |
| | |
| (202) 955-8248 | (202) 530-9629 |
| Office Telephone Number | Office Fax Number |

District of Columbia Bar Association, 1250 H Street, N.W., #600, Washington, D.C. 20005, (202) 737-4700

Massachusetts State Bar Association, 20 West Street, Boston, MA 02111 (617) 338-0500

Name, Address and Telephone Numbers of State Bars in which admitted

All matters before West Virginia tribunals or bodies in which <u>the applicant</u> is or has been involved in the preceding twenty-four (24) months:

N/A

PROVIDE ATTACHMENT WITH ADDITIONAL INFORMATION IF NECESSARY

All matters before West Virginia tribunals or bodies in which <u>any member or applicant's firm, partnership or corporation</u> is or has been involved in the preceding twenty-four (24) months:

SEE ATTACHED

PROVIDE ATTACHMENT WITH ADDITIONAL INFORMATION IF NECESSARY

    I certify that the foregoing application is true and correct. I hereby represent that I am a member in good standing with the bar of every jurisdiction in which I am admitted and that I have not been disciplined in any such jurisdiction within the preceding twenty-four (24) months. I agree to comply with all laws, rules and regulations of the United States Courts where applicable.

    50.00 I further certify that I have submitted with this application, the requisite fee of ~~One Hundred~~ Fifty Dollars ($~~100~~.00) payable to the Clerk of the Court of the United States District Court for the Northern District of West Virginia.

                                  Signature of Applicant / Robert C. Blume

| | |
|---|---|
| Charles F. Printz, Jr. | Bowles Rice McDavid Graff & Love PLLC |
| Name of Responsible Local Attorney | Name of Firm |
| | |
| (304) 263-0836 | Post Office Drawer 1419, Martinsburg, WV 25402-1419 |
| Office Telephone Number | Office Address |

70200830_1.DOC

Pursuant to Local Rule of General Practice and Procedure 83.2, I have read the foregoing application and, by my endorsement hereon, agree to be a responsible local attorney in the above-styled matter. I further certify that I am an active member in good standing of the West Virginia State Bar and that I maintain an actual physical office in West Virginia from which I practice law on a daily basis.

_____
Signature of Responsible Local Attorney

. . . . . . . .

## ORDER

Upon consideration of the foregoing Application for Admission Pro Hac Vice, it is **ORDERED** that the Application Pro Hac Vice be, and the same is hereby, **APPROVED** and that the applicant may appear pro hac vice in this matter on behalf of the represented party.

ENTER: February 27, 2002

_____
United States District Judge

70200830_1.DOC

| Attorney(s) | Matter | Case No. |
|---|---|---|
| Monica M. Riederer, Esq. | *Mace v. A&I Company* – | State Court Action 01-C-3220 Federal Court (removal) 2:02-CV-1286 |
| | *Reynolds v. A&I Company* | State Court Action 01-C-538 |
| Deborah J. Katz, Esq<br>Michael L Denger, Esq. | *Anile Pharmacy, Inc., et al v. Hoffmann-LaRoche, Inc.* | 99-C-135-RIS<br>N.D.W. VA |
| F. Joseph Warin, Esq.<br>Daniel A. Cantu, Esq.<br>Mark Papadopoulos, Esq. | *Waynesburg College, et al.. v. Terry L. Church, et al.* | Civil Action No. 1:00-0081 |
| Jonathan K. Tycko, Esquire | *Gregory v. Bridgestone/Firestone, Inc., et al.* | 00-C1583 (Judge Martin J. Gaughan in Circuit Court of Ohio County, West Virginia |

70200830_1.DOC